1
2
3
4
5
6                          **UNITED STATES DISTRICT COURT**

7                               **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,              )   3:16-CR-010-LRH-(VPC)
                                           )
9                    Plaintiff,            )
                                           )
10          v.                             )   Preliminary Order of Forfeiture
                                           )
11  RICHARD EDWARD BEDARD,                 )
                                           )
12                   Defendant.            )

13          This Court finds that defendant RICHARD EDWARD BEDARD pled guilty to Count

14  One of a One-Count Indictment charging him with Receipt of Child Pornography in violation of

15  Title 18, United States Code, Section 2252A(a)(2). Indictment, ECF No. 13; Change of Plea,

16  ECF No. 32.

17          This Court finds defendant RICHARD EDWARD BEDARD agreed to the forfeiture of

18  the property set forth in the Memorandum in Support of Defendant's Plea and the Forfeiture

19  Provision of the Indictment. Indictment, ECF No. 13; Memorandum in Support of Defendant's

20  Plea, ECF No. 28; Change of Plea, ECF No. 32.

21          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

22  America has shown the requisite nexus between property set forth in the Memorandum in

23  Support of Defendant's Plea and the Forfeiture Provision of the Indictment and the offense to

24  which defendant RICHARD EDWARD BEDARD pled guilty.

25          The following property is subject to forfeiture pursuant to Title 18, United States Code,

26  Section 2253:

1. HTC Cricket Black Cell Phone ID# 37H10531-00M-A;

2. EMACHINES M622-UK8X Laptop Serial #N8562 100 22251;

3. TOSHIBA Satellite Laptop Serial #99120517Q with cord;

4. DELL P26E Laptop Service Tag #FPHWB12;

5. ZTE Cricket black cell phone ID#P821A21-D-Y-V20;

6. SANDISK Cruzer Glide 4GB thumb drive;

7. Two (2) black thumb drives;

8. One (1) PNY 1GB SD card;

9. LEXAR 16GB thumb drive;

10. ZTE Cell phone with cracked screen, Serial # 322352600192;

11. Miscellaneous CD's;

12. HP Pavilion A1000 PC Serial #CNH60211BV;

13. KODAK Easy Share DX4530 Digital Camera #KCKCM43905716 w/4GB SD card; and

14. HP Elite Book Laptop Serial #2CE9371ZM9

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of RICHARD EDWARD BEDARD in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government

forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate

/ / /

agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 6th day of September, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE