RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
LAUREN GORMAN
Assistant Federal Public Defender
Nevada State Bar No. 11580
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Lauren_Gorman@fd.org

Attorney for RICHARD EDWARD BEDARD



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 22 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

ORDER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-CR-10-LRH-VPC |
| Plaintiff, | **UNOPPOSED MOTION TO MODIFY CONDITION OF RELEASE (EXPEDITED TREATMENT REQUESTED)** |
| v. | |
| RICHARD EDWARD BEDARD, | |
| Defendant. | |

Certification: This unopposed motion is timely filed, no deadline applicable.

Comes now the defendant, RICHARD EDWARD BEDARD, by and through his counsel of record, LAUREN GORMAN, Assistant Federal Public Defender, and hereby moves hereby moves this Honorable Court, for temporary amendment of the conditions of release entered by the Magistrate Judge on February 16, 2016 (CR#21). This motion is made pursuant to 18 U.S.C. §§ 3142(c)(3) and 3145(a)(2) and is based upon the following Points and Authorities and the papers and pleadings on file herein. Assistant United States Attorney Shannon Bryant does not oppose this motion.

///

## I. MOTION TO TEMPORARILY MODIFY CONDITION OF RELEASE

Mr. Bedard has pled guilty to Receipt of Child Pornography. He is out of custody, on Bond, pending sentencing, and supervised by Pretrial Services. Among his conditions of release, Mr. Bedard is subject to home confinement. He has been fully compliant on pretrial release. He completed the Ridge House outpatient treatment program. He now lives on his own. He is sober, working full time, and attending counseling and treatment. Mr. Bedard has engaged with his substance abuse earnestly and with great dedication. He has formed a strong bond with both the residents and treatment providers at Ridge House. Mr. Bedard recently expressed to Pretrial Services a wish to spend Thanksgiving with his treatment "family" in Ridgehouse. This motion follows.

18 U.S.C. § 3142(c) (3) provides "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." Mr. Bedard requests that this court temporarily modify the condition of home confinement to allow Mr. Bedard to attend Thanksgiving dinner at Ridge House during the times set by Pretrial Service. This Motion is unopposed by Pretrial Services of the Assistant United States Attorney Shannon Bryant.

DATED this 22nd of November, 2016

                            RENE L. VALLADARES
                            Federal Public Defender

            By:  */s/Lauren Gorman*
                 LAUREN GORMAN
                 Assistant Federal Public Defender
                 Attorney for RICHARD EDWARD BEDARD

IT IS SO ORDERED.

_U.S. MAGISTRATE JUDGE_

DATED: November 22, 2016

2

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on November 22, 2016, she served an electronic copy of the above and foregoing Unopposed Motion to Modify Condition of Release (Expedited Treatment Requested) by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
Shannon Bryant
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

U.S. PRETRIAL SERVICES
Officer Jennifer Simone
400 South Virginia Street #104
Reno, NV 89501

/s/ Bonnie S. Bell
Employee of the Federal Public Defender