**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:16-CR-010-LRH-(VPC) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| RICHARD EDWARD BEDARD, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253 based upon the plea of guilty by defendant RICHARD EDWARD BEDARD to the criminal offense, forfeiting the property set forth in the Memorandum in Support of Defendant's Plea and the Forfeiture Provision of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant RICHARD EDWARD BEDARD pled guilty. Indictment, ECF No. 13; Memorandum in Support of Defendant's Plea, ECF No. 28; Change of Plea, ECF No. 32; Preliminary Order of Forfeiture, ECF No. 34.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 10, 2016, through October 9, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 35.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. HTC Cricket Black Cell Phone ID# 37H10531-00M-A;
2. EMACHINES M622-UK8X Laptop Serial #N8562 100 22251;
3. TOSHIBA Satellite Laptop Serial #99120517Q with cord;
4. DELL P26E Laptop Service Tag #FPHWB12;
5. ZTE Cricket black cell phone ID#P821A21-D-Y-V20;
6. SANDISK Cruzer Glide 4GB thumb drive;
7. Two (2) black thumb drives;
8. One (1) PNY 1GB SD card;
9. LEXAR 16GB thumb drive;
10. ZTE Cell phone with cracked screen, serial # 322352600192;
11. Miscellaneous CD's;
12. HP Pavilion A1000 PC Serial #CNH60211BV;
13. KODAK Easy Share DX4530 Digital Camera #KCKCM43905716 w/4GB SD card; and
14. HP Elite Book Laptop Serial #2CE9371ZM9

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property

/ / /

forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 23rd day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE